IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30169
Conference Calendar

_____

SIDNEY RAIFORD,

                                    Plaintiff-Appellant,

versus

KEVIN BERGERS; Q. TRAN, Dr.; MEDICAL STAFF
AVOYELLES CORRECTIONAL CENTER,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-559
- - - - - - - - - -
August 21, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:*

    Sidney Raiford, #268777, appeals from the district court's

dismissal without prejudice of his civil rights complaint for

failure to exhaust his administrative remedies.  Raiford contends

that he exhausted his administrative remedies.  We have reviewed

the record and Raiford's brief and AFFIRM the district court's

judgment for essentially the same reasons adopted by the district

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

court.  See Raiford v. Tran et al., No. CV95-0559-A (W.D. La. Dec. 26, 1995).